# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2566
LT Case No. 1991-CF-6435-A

_____

CHARLES WASHINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Charles Washington, Wewahitchka, pro se.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.

November 28, 2023

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____